MARY E. PLUNKETT, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Plunkett* v. *Brooklyn Heights R. R. Co.*, 129 App. Div. 572, affirmed. (Argued March 21, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Benjamin G. Paskus* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.